UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____9/15/21____
```

_____

UNITED STATES OF AMERICA,                          1:21-cr-00573 (MKV)

                 -against-                    **<u>ORDER</u>**

JOEL LINGAT,

              Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge


     The arraignment for Joel Lingat will take place on **September 23, 2021 at 1:00 PM** before Judge Mary Kay Vyskocil.

     The proceeding will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.


**SO ORDERED.**

**Date: September 15, 2021**

                                       MARY KAY VYSKOCIL
                                United States District Judge