USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The sentencing of Defendant Lingat scheduled for August 19, 2024 will be held at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: August 12, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**